## Martin v. Kentucky West Virginia Gas Co. et al.

Nov. 5, 1941.

C. B. Wheeler for appellant.

Combs & Combs, Joe Tackett and Joseph D. Harkins for appellees.

OPINION OF THE COURT BY VAN SANT, COMMISSIONER—Affirming.

We are without authority to review the decision of the trial court in declining to permit appellant to file the answer and cross-petition tendered, because the judgment appealed from specifically reserved for future adjudication the only issue presented by the rejected pleading. There being no other assignment of error the judgment of the lower court is affirmed.